UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

MICHAEL DAWAIN SHIELDS                              CASE NO. 07-13627
STEPHANIE ANN SHIELDS                               CHAPTER 7
             DEBTOR(S).

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

    Claim # 5A of Department of Treasury
    Account number: XXX-XX-5602
    Claimed amount: $9.05
    Pro rata distribution: $.48

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated: December 29, 2009         /s/ Mark A. Warsco
                                 Mark A. Warsco, Trustee
                                 P.O. Box 11647
                                 Fort Wayne, IN  46859-1647
                                 Telephone: (260) 469-0256
                                 e-mail: bankruptcy@rlwlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on December 29, 2009:

| | |
|---|---|
| BRUCE E. MCLANE<br>McLanelaw@aol.com | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |

Department of Treasury
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

                                                  /s/  Mark A. Warsco
                                                Mark A. Warsco, Trustee